**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

**August 7, 2008**

United States District Court
Northern District of Indiana
Office of the Clerk
United States Courthouse,
Suite 2300
5400 Federal Plaza
Hammond, IN 46320

FILED
8-15-08
AUG 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
AUG 1 1 2008
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Clerk:

Re:   0755 2:07CR00097        USA v.  Ganiyu Mayo Azeez   -   Judge James T. Moody

Our Case Number:   08 CR 601 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:  _____
Marsha E. Glenn
Deputy Clerk

Enclosure

26

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2007 JUL 27 AM 10: 57

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 18 U.S.C. SEC. 1347 |
| V. ) | |
| ) | 2:07 CR 97 JM |
| GANIYU M. AZEEZ ) | |

## INFORMATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By _____
DEPUTY CLERK
Date    AUG 12 2008

THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION

1. **Ganiyu M. Azeez** is a physical therapist.

2. **Ganiyu M. Azeez** operates his physical therapy practice under the name Physicians Rehabilitation Services, located at 9010 Connecticut Drive, Merrillville, Indiana.

3. **Ganiyu M. Azeez** voluntarily entered the Indiana Medicaid program as a provider of physical therapy services in September 1998.

### THE MEDICAID PROGRAM

4. Medicaid is a federally-assisted grant program for the states. Medicaid enables the states to provide medical assistance and related services to needy individuals, including the disabled and indigent families with dependent children. The Health Care Finance Administration (HCFA), a component of the United States Department of Heath and Human Services (HHS), administers Medicaid on the federal level. Within broad federal rules, however, each state decides who is eligible for Medicaid, the services covered, payment levels for services, and

-1-

administrative / operational procedures. The state directly pays the providers of Medicaid services, with the state obtaining the federal share of the payment from accounts drawn on funds of the United States Treasury. The federal share of each state's Medicaid program varies by individual states. The federal share in Indiana is approximately two-thirds; the state share is approximately one third.

5. The State of Indiana through its Family and Social Services Administration participates in the Medicaid program. Indiana Medicaid is a public health plan affecting interstate commerce under which medical benefits, items and services are provided to individuals.

6. Individuals who wish to participate in the Indiana Medicaid program must enroll in the program as providers. Enrolled providers must abide by the rules, regulations, policies and procedures governing reimbursement for medical services they provide to Medicaid recipients, and keep and allow access to records and information, such as patient files, as required by Indiana Medicaid.

7. In order for Indiana Medicaid to pay a medical provider for a covered service or item, the provider must submit a claim either electronically or in written form to Indiana Medicaid stating all of the required information, including but not limited to the service provided, the date of service, the code that corresponds to the service provided and the identity and Medicaid number of the patient receiving the service.

8. Providers enrolled in the Indiana Medicaid program can submit only claims for medically and reasonably necessary services that are covered under the program and that are actually provided to the Medicaid patient.

## THE HEALTH CARE FRAUD OFFENSE

9. From on or about **April 10, 2006 through in or about May 10, 2006**, in the Northern District of Indiana,

**GANIYU M. AZEEZ,**

defendant herein, unlawfully, willfully, and knowingly did execute and attempt to execute a scheme and artifice to defraud a health care benefit program, specifically Indiana Medicaid, and to obtain by means of false and fraudulent pretenses, representations and promises, approximately $661.26 dollars under the custody and control of the Indiana Medicaid program in connection with the delivery of and payment for health care benefits and services, specifically billing Indiana Medicaid for services that were never actually rendered to Indiana Medicaid patient A. Morland, in violation of Title 18, United States Code, Section 1347.

        DAVID CAPP
        ACTING UNITED STATES ATTORNEY

        BY: s/Diane L. Berkowitz
            DIANE L. BERKOWITZ
            ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on
or After November 1, 1987)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 2:07 CR 97 |
| | ) | USM No.: 09338-027 |
| GANIYU M. AZEEZ, | ) | |
| Defendant | ) | Nick J. Thiros, Attorney for Defendant |

**THE DEFENDANT** pleaded guilty to Count 1 of the Information.

Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| Title 18, § 1347 | Health Care Fraud | May 10, 2006 | 1 |

Defendant is sentenced as provided in pages 2 and 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, mailing address, or material change in the defendant's economic circumstances until the restitution and special assessment imposed by this judgment are fully paid.

June 12, 2008
Date of Imposition of Judgment

/S/ James T. Moody
James T. Moody, Judge
United States District Court

June 12, 2008
Date Signed

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By _____
DEPUTY CLERK
Date AUG 12 2008

**Defendant: Ganiyu M. Azeez**     **Judgment - Page 2**
**Cause No.: 2:07 CR 97**

## PROBATION

The defendant is hereby sentenced to probation for a term of Two (2) years.

## CONDITIONS OF SUPERVISION

While the defendant is on probation, the defendant shall not commit another federal, state or local crime, shall not unlawfully possess a controlled substance, shall refrain from any unlawful use of a controlled substance, shall cooperate in the collection of DNA as directed by the probation officer and shall comply with the following standard conditions previously adopted by this Court:

1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the Court or Probation Officer;
2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month;
3) The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer;
4) The defendant shall support his dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer;
10) The defendant shall permit a Probation Officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer;
11) The defendant shall notify the Probation Officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

**Defendant: Ganiyu M. Azeez**           Judgment - Page 3
**Cause No.: 2:07 CR 97**

13) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14) The defendant shall pay the restitution and special assessment imposed; and

15) The defendant shall notify the probation officer of any material change in his economic circumstances that might affect his ability to pay any unpaid restitution and special assessment.

In addition, the defendant shall comply with the following special conditions:

1) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon;

2) The defendant shall pay the restitution that is imposed by this judgment in accordance with the court ordered payment of the restitution;

3) The defendant shall provide the probation officer with access to any requested financial information; and

4) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the court ordered payment of the restitution.

### FINE
The Court is imposing no fine because of defendant's inability to pay.

### SPECIAL ASSESSMENT
The defendant must pay to the United States a special assessment of $100.00, which shall be paid in full immediately to the Clerk of this Court.

### RESTITUTION
**IT IS ORDERED** that the defendant shall make restitution to Indiana Medicaid in the amount of $17,610.80. The restitution shall be due and payable immediately. Payment shall be made to the Clerk of the Court for transfer to Indiana Medicaid.

### REQUIRED DRUG TESTS
The Court determines that the defendant poses a low risk of future substance abuse; therefore, the required drug test within Fifteen (15) days of placement on probation and minimum of Two (2) periodic drug tests thereafter are suspended.

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CRIMINAL DOCKET FOR CASE #: 2:07-cr-00097-JTM-APR All Defendants
### Internal Use Only

Case title: United States of America v. Azeez

Date Filed: 07/27/2007
Date Terminated: 06/12/2008

Assigned to: Senior Judge James T Moody
Referred to: Magistrate Judge Andrew P Rodovich

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By _____
DEPUTY CLERK
Date  AUG 12 2008

### Defendant (1)

**Ganiyu M Azeez**
*TERMINATED: 06/12/2008*

represented by **Alison L Benjamin**
Cohen & Thiros PC
200 E 90th Drive
Merrillville, IN 46410-7089
219-769-1600
Fax: 219-738-3769
Email: benjamin@thiros.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nick J Thiros**
Cohen & Thiros PC
200 E 90th Drive
Merrillville, IN 46410-7089
219-769-1600
Fax: 219-738-3769
Email: liz@thiros.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18:1347 HEALTH CARE FRAUD
(1)

### Disposition

The defendant is sentenced to probation for a term of 2 years. The defendant shall make restitution to Indiana Medicaid in the amount of $17,610.80; The defendant is ordered to make

        restitution payable to the Clerk for transfer to the victim. Special Assessment $100.00

### Highest Offense Level (Opening)
Felony

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
None

### Disposition

---

### Plaintiff

| United States of America | represented by | **Diane L Berkowitz - AUSA**<br>US Attorney's Office - Ham/IN<br>5400 Federal Plaza Suite 1500<br>Hammond, IN 46320<br>219-937-5500<br>Fax: 219-852-2770<br>Email: Diane.Berkowitz@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2007 | 1 | INFORMATION as to Ganiyu M Azeez (1) count(s) 1. (tlr) Modified on 7/27/07 to remove Arraignment. (tlr). (Entered: 07/27/2007) |
| 07/27/2007 | 2 | PLEA AGREEMENT as to Ganiyu M Azeez (tlr) (Entered: 07/27/2007) |
| 07/27/2007 | 3 | Summons Issued in case as to Ganiyu M Azeez. Initial Appearance set for 8/14/2007 10:00 AM in Hammond before Magistrate Judge Andrew P Rodovich. (tlr) (Entered: 07/27/2007) |
| 07/31/2007 | 4 | Summons Returned Executed on 7/30/2007 as to Ganiyu M Azeez (rmn) (Entered: 07/31/2007) |
| 08/02/2007 | 5 | NOTICE OF HEARING as to Ganiyu M Azeez: Plea Hearing set for 8/30/2007 at 11:00 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 08/02/2007) |
| 08/02/2007 | 6 | ATTORNEY APPEARANCE: Alison L Benjamin appearing for Ganiyu M |

| | | |
|---|---|---|
| | | Azeez (Benjamin, Alison) (Entered: 08/02/2007) |
| 08/02/2007 | 7 | ATTORNEY APPEARANCE: Nick J Thiros appearing for Ganiyu M Azeez (Thiros, Nick) (Entered: 08/02/2007) |
| 08/14/2007 | | Judge update in case as to Ganiyu M Azeez. Judge Andrew P Rodovich added. (plm) (Entered: 08/14/2007) |
| 08/14/2007 | 8 | INITIAL APPEARANCE/WAIVER OF INDICTMENT HEARING as to Ganiyu M Azeez held on 8/14/2007 before Judge Andrew P Rodovich. Govt appeared by AUSA Diane Berkowitz. Dft appeared with atty Alison Benjamin. Tonika Cooper appeared on behalf of U S Probation/Pretrial Services. Dft waives advice of rights, charges, penalties. Court finds Dft waives rights to be charged by Indictment/written waiver approved. Bond set in the amount of $20,000 unsecured w/supervision. Plea hearing has been set before District Court. Dft RELEASED. (Digitally Recorded.) (plm) (Entered: 08/15/2007) |
| 08/14/2007 | 9 | WAIVER OF INDICTMENT by Ganiyu M Azeez executed by Magistrate Judge (plm) (Entered: 08/15/2007) |
| 08/14/2007 | 10 | Appearance Bond Entered as to Ganiyu M Azeez in amount of $ 20,000.00. (plm) (Entered: 08/15/2007) |
| 08/14/2007 | 11 | ORDER Setting Conditions of Release as to Ganiyu M Azeez (1). Signed by Judge Andrew P Rodovich on 8/14/07. (plm) (Entered: 08/15/2007) |
| 08/28/2007 | | Terminate Deadlines and Hearings as to Ganiyu M Azeez: vacating the Plea Hearing scheduled for 8/30/07, to be reset under separate Notice. (efc) (Entered: 08/28/2007) |
| 11/07/2007 | 12 | NOTICE OF HEARING as to Ganiyu M Azeez: Plea Hearing set for 12/6/2007 at 11:15 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 11/07/2007) |
| 12/06/2007 | 13 | PLEA HEARING as to Ganiyu M Azeez held on 12/6/2007 before Judge James T Moody. Govt appeared by atty Diane Berkowitz. Dft appeared by atty Alison Benjamin. Paula Pramuk appeared on behalf of U S Probation/Pretrial Services. Plea entered by Ganiyu M Azeez (1): Guilty as to Count 1. The Court accepts the guilty plea and the defendant is adjudged guilty of the offense charged in Count 1 of the Information. This matter is referred to the U S Probation Office to prepare the Presentence Investigation Report. The Court delays its decision on acceptance/rejection of the plea agreement until sentencing. The disposition date for sentencing will be set under a separate Notice. (Court Reporter Stacy Drohosky) (efc) (Entered: 12/06/2007) |
| 12/12/2007 | 14 | NOTICE OF HEARING as to Ganiyu M Azeez: Sentencing set for 3/27/2008 at 10:15 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 12/12/2007) |
| 12/13/2007 | 15 | MOTION *To Travel* by Ganiyu M Azeez. (Benjamin, Alison) (Entered: 12/13/2007) |
| | | |

| | | |
|---|---|---|
| 12/14/2007 | 16 | ORDER granting 15 Motion to Travel as to Ganiyu M Azeez (1). Signed by Judge Andrew P Rodovich on 12/14/07. (kjp) (Entered: 12/14/2007) |
| 01/11/2008 | 17 | MOTION to Continue *Sentencing Date* by United States of America as to Ganiyu M Azeez. (Berkowitz - AUSA, Diane) (Entered: 01/11/2008) |
| 01/16/2008 | 18 | ORDER granting 17 Motion to Continue as to Ganiyu M Azeez (1); Sentencing reset for 4/16/2008 at 1:00 PM in Hammond before Senior Judge James T Moody. Signed by Judge James T Moody on 1/16/08. (efc) (Entered: 01/16/2008) |
| 02/19/2008 | 19 | MOTION to Continue *Sentencing* by Ganiyu M Azeez. (Benjamin, Alison) (Entered: 02/19/2008) |
| 03/13/2008 | 20 | MOTION to Travel by Ganiyu M Azeez. (Benjamin, Alison) (Entered: 03/13/2008) |
| 03/26/2008 | 21 | ORDER granting 20 Motion to Travel to Orlando FL from 4/2/08 until 4/9/08 as to Ganiyu M Azeez (1). Signed by Magistrate Judge Andrew P Rodovich on 3/26/08. (kjp) (Entered: 03/27/2008) |
| 04/07/2008 | 22 | ORDER granting 19 Motion to Continue as to Ganiyu M Azeez (1). Sentencing reset for 6/12/2008 at 10:15 AM in Hammond before Senior Judge James T Moody.Signed by Senior Judge James T Moody on 4/07/08. (efc) (Entered: 04/07/2008) |
| 06/12/2008 | 23 | SENTENCING held on 6/12/2008 for Ganiyu M Azeez (1) before Senior Judge James T Moody. Govt appeared by atty Diane Berkowitz. Dft appeared by atty Nick Thiros and Alison Benjamin. Paula Pramuk appeared on behalf of U S Probation/Pretrial Services. The Court accepts the plea agreement. Count(s) 1: The defendant is sentenced to probation for a term of 2 years. The defendant shall make restitution to Indiana Medicade in the amount of $17,610.80; The defendant is ordered to make restitution payable to the Clerk for transfer to the victim. Special Assessment $100.00. (Court Reporter Vickie Dudeck) (efc) (Entered: 06/12/2008) |
| 06/12/2008 | 24 | JUDGMENT as to Ganiyu M Azeez (1). Signed by Senior Judge James T Moody on 6/12/08. (efc) (Entered: 06/13/2008) |
| 06/19/2008 | 25 | RECEIPT of Restitution (payment in full) for Azeez Ganiyu. (mc) (Entered: 06/19/2008) |