```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


UNITED STATES OF AMERICA  )
                          )
        -vs-              )       CASE NO. 1:08 CR 601
                          )
GANIYU AZEEZ              )
```

## MOTION FOR PERMISSION TO TRAVEL

Comes now the Defendant, GANIYU AZEEZ, by Counsel, COHEN AND THIROS by NICK J. THIROS, and moves the Court for permission to travel, and in support thereof represents to the Court the following:

1. That the above matter originated in the Federal District Court for Northern District of Indiana, Hammond Division and the matter was transferred to the Northern District of Illinois, Eastern Division after the Defendant was sentenced due to the Defendant's residency in Illinois.

2. That on June 12, 2008 the Defendant was sentenced by the Federal District Court for the Northern District of Indiana, Hammond Division, to two (2) years probation.

3. The Defendant and his family would like to travel to Santo Domingo, Dominican Republic for the purpose of attending the wedding of a close personal family friend.

4.   The Defendant would like to leave the jurisdiction on October 31, 2008 and return on November 10, 2008.

WHEREFORE, the Defendant prays that the Court permit him to travel to Santo Domingo, Dominican Republic from October 31, 2008 to November 10, 2008, and for all further and proper relief.

/s/ Nick J. Thiros
NICK J. THIROS 550-45
200 E. 90th Drive
Merrillville, Indiana 46410
219-769-1600

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/CF/ECF system which sent notification of such filing to the following:

Diane Berkowitz, AUSA - <u>Diane.Berkowitz@usdoj.gov</u>

and hereby certif that I have mailed by United States Postal Service the document to the following non CM/CM/ECF participant:

Molly Howard, Probation Officer
55 E. Monroe Street
Chicago, Illinois 60603

                                          /s/ Nick J. Thiros
                                             NICK J. THIROS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -vs- | ) | CASE NO. <u>1:08 CR 601</u> |
| | ) | |
| GANIYU AZEEZ | ) | |

<u>O R D E R</u>

This matter having come before the Court on the Defendant's Motion for Permission to Travel, and the Court being duly advised, now GRANTS Defendant's Motion.

The Defendant is permitted to travel to Santo Domingo, Dominican Republic, leaving on October 31, 2008 and returning on November 10, 2008.

SO ORDERED this _____ day of September, 2008.


_____
JUDGE, Federal District Court